IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00358-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSEPH BACHICHA,

    Defendant.

---

**INDICTMENT**
**Count One**
**21 U.S.C. § 846**
**Conspiracy to Distribute a Controlled Substance**

**Count Two**
**21 U.S.C. §§ 841(a)(1) and (b)(1)(C)**
**Possession with Intent to Distribute and Distribution of a Controlled Substance**

---

The Grand Jury charges:

<u>**COUNT ONE**</u>
21 U.S.C. § 846

In and around March 2017, and continuing through in and around July 2017, in the State and District of Colorado, the defendant, JOSEPH BACHICHA, did conspire with Jesus Mercado Valdez and others, known and unknown, to knowingly and intentionally distribute and possess with the intent to distribute 100 grams and more of a mixture and

substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and acted with interdependence; in violation of Title 21, United States Code, Section 846.

## COUNT TWO
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

On or about June 23, 2018, in the State and District of Colorado, the defendant, JOSEPH BACHICHA, did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Forfeiture Allegation

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One and Two of this Indictment, involving a violation of 21 U.S.C. §§ 841 and 846, defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: A money judgment in the amount of proceeds obtained by the defendant.

    3.    If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

                              A TRUE BILL:

                              <u>Ink signature on file in Clerk's Office</u>
                              FOREPERSON

ROBERT C. TROYER
United States Attorney

<u>s/ *Beth Gibson*</u>
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: beth.gibson@usdoj.gov